## SARAH L. JOHNSON AND CLARENCE R. JOHNSON
### *v.* TATSUMI TSUKAHARA

No. 4694.

JANUARY 20, 1969.

RICHARDSON, C.J., MARUMOTO AND ABE, JJ.

*Per Curiam.* Rehearing is denied without argument. Since the filing of the opinion in this case, two justices who participated in the decision have retired. But, three justices, constituting a majority, remain. None of the three justices who remain has requested a reply under Rule 5 of the rules of this court. Rehearing will not be ordered merely on the ground that there has been a change in the court. *Yoshizaki* v. *Hilo Hospital,* 50 Haw. 40, 429 P.2d 829 (1968).

*Albert Gould (Cobb & Gould* of counsel) for the petition.